# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2020

160223

CAN IV PACKARD SQUARE LLC,
      Plaintiff-Appellee,

v

PACKARD SQUARE LLC,
      Defendant-Appellant,

and

BELDEN BRICK SALES CO., C.E. GLEESON
CONSTRUCTORS, INC., CITY ELECTRIC
SUPPLY COMPANY, QUANDEL
CONSTRUCTION SERVICES OF MICHIGAN,
INC., a/k/a QUANDEL CONSTRUCTION GROUP,
INC., JOHN DOES 1-100, and GAYLOR
ELECTRIC, INC.,
      Defendants.

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160223
COA: 346218
Washtenaw CC: 16-000990-CB

_____/

      On order of the Court, the application for leave to appeal the June 18, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2020



Clerk

p0311